```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANNE M. SEPAR,
```

|  |  |
|---|---|
| Plaintiff, | **ORDER** |
|  | CV 05-5243 (LDW)(ARL) |
| -against- |  |

```
COUNTY OF NASSAU and CHARLES
JOYCE, Individually and in his official capacity,

                       Defendants.
----------------------------------------------------------------X
```
**LINDSAY, Magistrate Judge:**

The parties have submitted their proposed Joint Pretrial Order. After examination of the order, the court finds that it substantially complies with District Judge Wexler's requirements.

Accordingly, the Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and trial calendar of District Judge Wexler.

Dated: Central Islip, New York  **SO ORDERED:**
      June 1, 2007

 

_____/s/_____
ARLENE R. LINDSAY
United States Magistrate Judge